UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| JUVENAL GUEVARA, JR., #1907012, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:18-CV-2389-B-BK |
| | § | |
| OFFICER PAUL, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that this action is DISMISSED as barred by the three-strike provision. *See* 28 U.S.C. § 1915(g).

SO ORDERED this 9th day of October, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE